AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brian Dickson , who is
designated by law to accept service of process on behalf of *(name of organization)*
Professional Security Corp on *(date)* 06/04/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 12.60 for travel and $ 65.00 for services, for a total of $ 77.60  0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/04/2025

Server's signature: *[signature]*

Printed name and title: STEPHEN NEWELL DUSM

Server's address: 701 NORTH MAIN STREET, HATTIESBURG, MS 39401

Additional information regarding attempted service, etc:

---

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 20 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Michelle Brown
_Plaintiff(s)_

v.

Professional Security Corporation
_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-CV-00020-TBM-RPM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Professional Security Corporation
2 Thomas Lane
Hattiesburg, MS 39401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michelle Brown
1430 W. 7th St
Hattiesburg, MS 39401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
_CLERK OF COURT_

Date: 5/23/2025

C. [signature]
_Signature of Clerk or Deputy Clerk_