UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Case No.: 2:25-cv-00020-TBM-RPM

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN 2 6 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

**Michelle Brown**,
Plaintiff,

v.

**Professional Security Corporation**,
Defendant.

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, **Michelle Brown**, appearing *in propria persona*, and respectfully moves this Honorable Court, pursuant to **Federal Rule of Civil Procedure 55(a)** and applicable local rules of the United States District Court for the Southern District of Mississippi, for entry of default against Defendant **Professional Security Corporation**.

In support of this motion, Plaintiff states as follows:

1. On **February 14, 2025**, Plaintiff filed a Complaint in this Court against Defendant **Professional Security Corporation**, alleging violations of Title VII of the Civil Rights Act, 42 U.S.C. § 1981, Mississippi state laws, and other constitutional and statutory claims.
2. A copy of the Summons and Complaint was properly served on the Defendant by the U.S. Marshal on **June 4, 2025**, as evidenced by the filed proof of service.
3. Pursuant to **Federal Rule of Civil Procedure 12(a)(1)(A)(i)**, Defendant's response was due within twenty-one (21) days of service, making the deadline **June 25, 2025**.
4. As of the date of this motion, **Defendant has failed to plead, respond, or otherwise defend** against the Complaint, and the time permitted by the Federal Rules of Civil Procedure has expired.
5. Upon information and belief, Defendant is **not an infant, incompetent person, or serving in the military** as defined under the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

WHEREFORE, Plaintiff respectfully requests that the Clerk of this Court **enter default** against **Professional Security Corporation** for failure to respond or otherwise defend as required by law.

Respectfully submitted this 26th day of June, 2025.

/s/ **Michelle Brown**   *Michelle Brown* (signature)
Michelle Brown
1430 W 7th Street
Hattiesburg, MS 39401
Phone: (504) 473-5373
Plaintiff, *in propria persona*