# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MICHELLE BROWN**                                                                    **PLAINTIFF**

**vs.**

**CAUSE NO.: 2:25-cv-00020-TBM-RPM**

**PROFESSIONAL SECURITY CORPORATION**                                    **DEFENDANT**

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ENTRY OF DEFAULT

Defendant Professional Security Corporation ("Defendant") specially appears[1] and submits this response to *Pro se* Plaintiff Michelle Brown's motion to compel filed at Doc. No. 22:

For the reasons explained in Doc. Nos. 12, 19, 20, and 21, *Pro se* Plaintiff's motion to compel a default should be denied. In particular, no valid service has been effectuated, Defendant filed its motion to quash without any entry of default having been entered, *Pro se* Plaintiff improperly requested a default judgment without a Clerk's entry having been entered, and defaults are disfavored under the law anyway.

Dated: July 2, 2025.

                                            Respectfully submitted,

                                            PHELPS DUNBAR LLP

BY:  */s/ G. Todd Butler*
       G. Todd Butler, MB #102907
       1905 Community Bank Way, Suite 200
       Flowood, Mississippi 39232
       Post Office Box 320159
       Flowood, Mississippi 39232-0159
       Telephone: 601-352-2300

---

[1] Defendant does not consent to jurisdiction and does not waive (and expressly preserves) any defenses to this action, including that it is not the real party in interest. *See, e.g., Powell v. Biloxi Police Dept.*, 2011 WL 2457857 (S.D. Miss. 2011) (acknowledging special appearance for purpose of contesting service).

Telecopier: 601-360-9777
Email:  butlert@phelps.com
***Attorney for Defendant Professional Security Corporation***

## **CERTIFICATE OF SERVICE**

I, G. Todd Butler, certify that I had a copy of this Response electronically filed with the Clerk of the Court, using the CM/ECF system, and that I also had a copy mailed to *Pro se* Plaintiff at 1430 West 7th Street in Hattiesburg, MS 39401.

SO CERTIFIED, this the 2nd day of July, 2025.

>  */s/ G. Todd Butler*
>  G. Todd Butler